```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARK ANTHONY HIRSCHFIELD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-325 GEB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| FERNANDO ISIDRO MALONEY, ) | Date: December 15, 2006 |
| MARK ANTHONY HIRSCHFIELD, and ) | Time: 9:00 a.m. |
| STEVEN RICHARD STEELE, ) | Judge: Garland E. Burrell, Jr. |
| Defendants. ) | |

IT IS HEREBY STIPULATED between the parties, Jason Hitt, Assistant United States Attorney, attorney for plaintiff; Linda C. Harter, Chief Assistant Federal Defender on behalf of Matthew C. Bockmon, attorney for defendant MARK ANTHONY HIRSCHFIELD; and Dwight M. Samuel, attorney for defendant STEVEN RICHARD STEELE, that the Status Conference set for November 17, 2006, be vacated and that a Status Conference hearing date of December 15, 2006 at 9:00 a.m. be set.

This continuance is being requested due to the need for on-going defense investigation and preparation and to give defense counsel more time to receive and review newly produced discovery and a possible plea offer with defendants.

IT IS FURTHER STIPULATED that the period from November 17, 2006 through and including December 15, 2006, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: November 15, 2006

```
                                Respectfully submitted,

                                DANIEL J. BRODERICK
                                Federal Defender

                                /s/ Linda C. Harter
                                (for Matthew C. Bockmon)
                                _____
                                LINDA C. HARTER
                                Chief Assistant Federal Defender
                                Attorney for Defendant
                                MARK ANTHONY HIRSCHFIELD

                                /s/ Linda C. Harter
                                (for Matthew C. Bockmon)
                                _____
                                DWIGHT M. SAMUEL
                                Attorney for Defendant
                                STEVEN RICHARD STEELE
```

Dated: November 15, 2006

```
                                MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Linda C. Harter
                                (for Matthew C. Bockmon)
                                _____
                                JASON HITT
                                Assistant U.S. Attorney
                                per telephonic authority
```

**O R D E R**

IT IS SO ORDERED.

Dated:  November 16, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                              2