1  DWIGHT M. SAMUEL (CA BAR# 054486)
   A PROFESSIONAL CORPORATION
2  117 J Street, Suite 202
   Sacramento, California 95814
3  916-447-1193

4  Attorney for Defendant
   STEVEN STEELE

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. CR. 06-0325 GEB |
| Plaintiff, | ) | |
| | ) | AMENDED |
| v. | ) | STIPULATION AND |
| | ) | PROPOSED ORDER |
| STEVEN STEELE | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendants, through counsel, and the United States of America, through Assistant U.S. Attorney Jason Hitt, agree that the Status Conference set for June 15, 2007 at 9:00 am be continued to July 13, 2007 at 9:00 am.

In addition, it is agreed that the court should find excludable time from June 15, 2007 to July 13, 2007, pursuant to local rule T-4.

Respectfully submitted,

DATED: June 12, 2007                    /S/Dwight M. Samuel
                                        DWIGHT M. SAMUEL
                                        Attorney for Defendant
                                        Steven Steele

1

DATED: June 12, 2007          /S/Gilbert A. Roque
                              GILBERT A. ROQUE
                              Attorney for Defendant
                              Fernando Maloney


DATED: June 12, 2007          /S/Matt Bockmon
                              MATT BOCKMON
                              Attorney for Defendant
                              Mark Hirschfield


DATED: June 12, 2007
                              /S/Jason Hitt
                              Jason Hitt
                              Assistant United States Attorney
                              (Signed per Telephonic authorization)


   IT IS SO ORDERED.

Dated:  June 15, 2007


                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge

1